Signed: February 12, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  Case Number: 10-40282 EDJ

SHEILA REJANE HEAD  Chapter: 13

Debtor(s)/

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, 1/12/2010, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

\*\***END OF ORDER**\*\*

**COURT SERVICE LIST**

All Recipients